===============================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>     NORTHERN     </u>  DISTRICT OF  <u>     NEW YORK     </u>

JUDGMENT IN A CIVIL CASE

DOCKET NO. 1:08-CV-0952 (LEK/VEB)

**RONNIE MCGRIFF,**

                 **Plaintiff,**

  -against-

**COMMISSIONER OF SOCIAL SECURITY,**

                 **Defendant.**

<u>             </u>  JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>     XX     </u>  DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the Report-Recommendation of the Honorable Victor E. Bianchini, dated October 27, 2009, is APPROVED and ADOPTED in its ENTIRETY; IT IS FURTHER ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated November 16, 2009.

**DATE:** <u>  November 16, 2009  </u>             ***LAWRENCE K. BAERMAN***
                                                        CLERK OF THE COURT

*Scott A. Snyder*

**Courtroom Deputy to the
Honorable Lawrence E. Kahn**